UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

AMERIPRISE FINANCIAL SERVICES,
INC. (formerly known as American Express
Financial Advisers, Inc.)

          Plaintiff,

v.

DONNA QUAM,

          Defendant.

**08CV50081**
**JUDGE KAPALA**
**MAG. JUDGE MAHONEY**

## LOCAL RULE 3.2 DISCLOSURE STATEMENT

Ameriprise Financial, Inc. is the parent corporation of Ameriprise Financial Services, Inc.

Ameriprise Financial Services, Inc. has no public shareholders

DATED:   May 9, 2008

Respectfully submitted,

**AMERIPRISE FINANCIAL SERVICES, INC.**

By: _____
    One of Its Attorneys

Eric D. Brandfonbrener
Craig T. Boggs
**PERKINS COIE LLP**
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603
(312) 324-8400 (phone)
(312) 324-9400 (fax)

Edward B. Magarian
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-7873 (phone)
(612) 340-2807 (fax)

FILED
MAY - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

99999-0678/LEGAL14259884.1

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that the foregoing Local Rule 3.2 Disclosure was served via Federal Express overnight delivery (for Saturday delivery) on this 9th day of May, 2008 upon:

Donna Quam
12271 Ayrshire Lane
Loves Park, Illinois 61111-8900

_____