U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ameriprise Financial Services, Inc., (formerly known as American Express Financial Advisers, Inc.), Plaintiff
v.
Donna Quam, Defendant

08CV50081
JUDGE KAPALA
MAG. JUDGE MAHONEY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ameriprise Financial Services, Inc.

| | |
|---|---|
| NAME (Type or print) Craig T. Boggs | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM Perkins Coie LLP | |
| STREET ADDRESS 131 S. Dearborn Street, Suite 1700 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198435 | TELEPHONE NUMBER 312-324-8628 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

FILED
MAY - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Ameriprise Financial Services, Inc., (formerly known as American Express Financial Advisers, Inc.), Plaintiff<br>v.<br>Donna Quam, Defendant | 08CV50081<br>JUDGE KAPALA<br>MAG. JUDGE MAHONEY |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ameriprise Financial Services, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Eric D. Brandfonbrener | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Eric D. Brandfonbrener | |
| FIRM<br>Perkins Coie LLP | FILED |
| STREET ADDRESS<br>131 S. Dearborn Street, Suite 1700 | MAY - 9 2008 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06195674 | TELEPHONE NUMBER<br>312-324-8628 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |