*United States District Court for the Northern District of Illinois*

**08CV50081**
**JUDGE KAPALA**
**MAG. JUDGE MAHONEY**

Assigned/Issued By: _____

___FORMATION

Amount Due: [x] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

No. Service copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: $350.00          Receipt #: 4624002294

Date Payment Rec'd: 5-9-08    Fiscal Clerk: _____

**ISSUANCES**

[x] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets      (name of victim, who it's against and $ amount)
[ ] Writ _____
        (Type of Writ)

Original and __1__ copies on __5-9-08__ as to __Def__
                              (Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06