UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

MAY 12 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In The Matter Of                    )
                                    )
Ameraprise Financial Services, Inc. )
                                    )   Case No. 08 C 50081
         v.                         )
                                    )
Donna Quam                          )

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

I recommend to the Executive Committee that this case be reassigned to the calendar of Judge Reinhard. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge

Dated: May 9, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the Clerk of the Court reassign the above-captioned cause as recommended in accordance with the Rules.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge

Dated: MAY 12 2008

2.30H　　[X]　　I recuse myself from the above-captioned cause for the reasons:

I have an IRA through Ameriprise.
_____
_____
_____
_____