IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC., | ) ) ) |
| Plaintiff, | ) Civil No.: 08 C 50081 ) |
| vs. | ) Judge Philip Reinhard ) |
| DONNA QUAM, | ) Magistrate Judge P. Michael Mahoney ) |
| Defendant. | ) ) |

## NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

TO:   Will Knox
      Paduano & Wintraub LLP
      1251 Avenue of the Americas
      9th Floor
      New York, NY  10029

**PLEASE TAKE NOTICE** that on Wednesday, May 14, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Philip G. Reinhard, or any judge sitting in his stead, in the United States District Court at 211 S. Court Street, Rockford, Illinois and present Plaintiff's Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction, a copy of which is hereby served upon you.

Dated:  May 12, 2008

                              Respectfully submitted,

                              AMERIPRISE FINANCIAL SERVICES, INC.

                              By      /s/ Craig T. Boggs
                                 One of Its Attorneys

LEGAL14266827.1

Eric D. Brandfonbrener (ebrand@perkinscoie.com)
Craig T. Boggs (cboggs@perkinscoie.com)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559

Edward B. Magarian #208796 (Magarian.Edward@dorsey.com)
Alene R. Grossman #0387708 (grossman.alene@dorsey.com)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Plaintiff Ameriprise Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I, Craig T. Boggs, an attorney for Plaintiff Ameriprise Financial Services, Inc., hereby certify that I caused a true and complete copy of the foregoing NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION, EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION and PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF to be served upon:

> Will Knox
> Paduano & Wintraub LLP
> 1251 Avenue of the Americas
> 9th Floor
> New York, NY  10020

via Federal Express overnight delivery and email transmission at wk@pwlawyers.com on this 12th day of May, 2008.

                                                            _____s/s Craig T. Boggs__
                                                           Craig T. Boggs