# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50081 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Ameriprise Financial Services, Inc. Vs. Donna Quam | | |

**DOCKET ENTRY TEXT:**

Plaintiff's application for Edward Magarian to appear pro hac vice is granted. Defendant's application for Willard Knox to appear pro hac vice is granted. Plaintiff's emergency motion for a temporary restraining order and motion for preliminary injunction [8] is granted by agreement. Enter Agreed Injunction Order.

*Philip G. Reinhard*

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | JT |
|---|---|---|