IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

MAY 1 4 2008

JUDGE PHILIP G. REINHARD
UNITED STATES DISTRICT COURT

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC., | ) )  ) Case No. 08 cv 50081 ) |
| Plaintiff, | ) |
| vs. | ) Judge Philip G. Reinhard ) ) Magistrate Judge P. Michael Mahoney |
| DONNA QUAM, | ) ) |
| Defendant. | ) ) ) |

## AGREED INJUNCTION ORDER

As of May 14, 2008, this matter is before the Court on the Emergency Motion for Temporary Restraining Order of plaintiff Ameriprise Financial Services, Inc., each party being represented by counsel,

IT IS HEREBY ORDERED THAT:

1. Defendant Donna Quam shall refrain directly or indirectly from any further soliciting of clients she served while affiliated with Plaintiff or that she learned of while affiliated with Plaintiff through June 4, 2008, unless extended by agreement of the parties or order of FINRA, provided however, that this restraint on solicitations shall not apply to Defendant's family (including parents, aunts and uncles, siblings and cousins) (Defendant shall provide to Defendant a list of her relatives' names with relation to by May 16).

2. Defendant shall provide Plaintiff by May 16 a list of all clients she has opened accounts for at Brewer Financial prior to May 14, together with dated account opening documents (to be maintained in confidence by Plaintiff).

3. The parties will proceed to expedited arbitration before FINRA as provided by Rule 13804.

4. The parties enter into this agreed injunction order without prejudice to their legal rights and arguments before FINRA.

5. All motions are hereby entered and continued until further order of this Court. All proceedings in this matter are hereby stayed pending arbitration, other than as provided by this Order, to enforce this Order, and as otherwise needed to support the arbitration.

Joint Exh # 1



"Brandfonbrener, Eric
(Perkins Coie)"
<EBrandfonbrener@perki
nscoie.com>

05/14/2008 01:42 PM

To    "Brandfonbrener, Eric  (Perkins Coie)"
      <EBrandfonbrener@perkinscoie.com>,
      <cynthia_reed@ilnd.uscourts.gov>

cc

bcc

Subject  Re:


AGREED INJUNCTION ORDER

As of May 14, 2008, this matter is before the Court on the Emergency Motion for Temporary Restraining
Order of plaintiff Ameriprise Financial Services, Inc., each party being represented by counsel, IT IS
HEREBY ORDERED THAT:

1. Defendant Quam shall refrain directly or indirectly from any further soliciting of clients she served
while affiliated with plaintiff or that she learned of while affiliated with plaintiff through June 4, 2008,
unless extended by agreement or order of FINRA, provided however, that this restraint on solicitations
shall not apply to defendant's family (including parents, aunts and uncles, siblings and cousins) (defendant
shall provide a list of her relatives' names with relation by May 16).

2. Defendant shall provide plaintiff by May 16 a list of all clients she has opened accounts for at Brewer
Financial prior to May 14, together with dated account opening documents (to be maintained in
confidence by plaintiff).

3. The parties will proceed to expedited arbitration before FINRA as provided by Rule 13804.

4. The parties enter into this agreed injunction order without prejudice to their legal rights and arguments
before FINRA.

5. All motions are hereby entered and continued until further order of this Court. All proceedings in this
matter are hereby stayed pending arbitration other than as provided by this Order, to enforce this Order,
and as otherwise needed to support the arbitration.

Agreed to by:

Entered: **5-14-08**


Eric D. Brandfonbrener
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, Illinois 60603

AGREED INJUNCTION ORDER
Case No. 08 cv 50081
Judge Philip G. Reinhard


Agreed to by:

__/s/ Willard Knox_____
*Defendant's counsel*

__/s/ Eric D. Brandfonbrener__
*Plaintiff's counsel*

Dated  May 14, 2008

ENTERED:_____
                          The Honorable Philip G. Reinhard


*Order prepared by:*
Eric D. Brandfonbrener
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, Illinois 60603
312-324-8602

2