# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Ameriprise Financial Services, Inc.
                         Plaintiff,

v.                                                  Case No.: 3:08−cv−50081
                                                  Honorable Philip G. Reinhard

Donna Quam
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:It appearing that Judge Reinhard has entered a stay of this case, the status hearing of 6/20/08 before the Magistrate Judge is stricken. The Magistrate Judge will set no further dates unless directed by the District Court. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.